CSD 1001C [11/15/04]
Name, Address, Telephone No. & I.D. No.

E.D. WOLF, ESQ. SBN# 75223
P.O. Box 420448
San Diego, CA 92142
Telephone: (619) 239-9653
Facsimile: (858) 279-9610

Attorney for Nancy Wolf, Trustee

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

Order Entered on
September 14, 2011
by Clerk U.S. Bankruptcy Court
Southern District of California

In Re

HUSAM E. ALDAIRI,

Debtor.

**LODGED**

BANKRUPTCY NO. 11-10629-PB7

Date of Hearing: August 29, 2011
Time of Hearing: 10:00 o'clock a.m.
Name of Judge: (Hon. Peter Bowie)

## ORDER ON MOTION TO TRANSFER VENUE

IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2) through 2 with exhibits, if any, for a total of 2 pages, is granted. Amended Notice of Lodgment Docket Entry No. 58

//
//
//
//
//
//

DATED: September 13, 2011

Signature by the attorney constitutes a certification under Fed. R. of Bankr. P. 9011 that the relief in the order is the relief granted by the court.

Submitted by:

E.D. WOLF, ESQ.
(Firm name)

By: /s/ E.D. Wolf
Attorney for [X] Movant [ ] Respondent

_____
Judge, United States Bankruptcy Court

CSD 1001C

Case 11-37679   Doc 1   Filed 09/16/11   Entered 09/16/11 10:00:15   Desc Order On
Case 11-Motion To Transfer Venue 1  Page 2 of 2 g. 2 of 2

CSD 1001C [11/15/04] (Page 2)
ORDER ON MOTION TO TRANSFER VENUE
DEBTOR: Husam E. Aldairi                                                                    CASE NO: 11-10629-PB7

---

The hearing on the trustee's motion to transfer venue of the case of Husam E. Aldairi was held on August 29, 2011 in Department 4 of the United States Bankruptcy Court for the Southern District of California before the Hon. Peter W. Bowie, Chief Bankruptcy Judge. Eric D. Wolf, Esq. appeared for Nancy Wolf, as trustee and moving party (in attendance); and Thomas S. Engel, Esq., Engel & Miller, representing Husam E. Aldairi, the debtor and responding party. There were no other appearances made in the matter.

The court having heard the motion, the opposition thereto, and considered the arguments of counsel; it appearing that notice of the motion and hearing having been served on all creditors and parties in interest pursuant to the court's order shortening time for hearing (Docket No. 42); and there being no other opposition or other responsive pleadings filed in the proceeding, the motion is granted.

Now, therefore:

IT IS ORDERED that, pursuant to the provisions of 28 U.S.C. § 1412 and Rule 1014(a)(1) of the Federal Rules of Bankruptcy Procedure, the case of Husam E. Aldairi is hereby transferred to the United States Bankruptcy Court for the Northern District of Illinois.

CSD 1001C

*Signed by Judge Peter W. Bowie September 13, 2011*